IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT JACKSON and<br>MARY HAZELDINE a/k/a MARY JACKSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOSEPH TRAINOR SCHOGGINS;<br>USAA CASUALTY INSURANCE COMPANY;<br>and STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY<br><br>    Defendants. | Case No. 17-CV-196-RAW<br><br>Honorable Ronald A. White |

## STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiffs, attorneys of record, and Defendants' counsel, and would show the Court that this matter has been compromised and settled and, therefore, moves the Court for an Order Of Dismissal With Prejudice.

        /s/ Kevin T. Sain
        Kevin T. Sain
        SAIN LAW FIRM
        P.O. Box 29
        2100 E. Washington, Suite C
        Idabel, OK 74745
        Telephone: (580) 208-2880
        Facsimile: (580) 208-2886
        *Attorney for Plaintiff*


        /s/ J. Andrew Brown
        John S. Gladd, OBA #12307
        J. Andrew Brown, OBA #22504
        ATKINSON, HASKINS, NELLIS,
         BRITTINGHAM, GLADD & FIASCO
        525 South Main Street, Suite 1500
        Tulsa, Oklahoma 74103-4524
        Telephone: (918) 582-8877
        Facsimile: (918) 585-8096
        *Attorneys for Defendant USAA*